**JS-6**

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOSEFA DE LA CRUZ, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.:  2:20-CV-08571 ODW (GJSx)<br><br>**ORDER RE: STIPULATION TO REMAND THE FEDERAL ACTION TO STATE COURT AND CAP PLAINTIFF'S DAMAGES**<br><br>Assigned to: District Judge: Hon. Otis D. Wright, II Magistrate Judge: Hon. Gail J. Standish<br><br>Trial Date:  March 22, 2022 |

The Parties to the above-referenced action have filed a Stipulation to Remand and Cap Plaintiff's Damages. The Court having reviewed that stipulation and good cause appearing, orders as follows:

    1.    The Parties' stipulation is **approved**;

    2.    Central District of California case number 2:20-CV-08571 ODW (GJSx) entitled *Josefa De La Cruz vs. Costco Wholesale Corporation, et al.* **IS HEREBY REMANDED** to the Los Angeles County Superior Court, 111 N. Hill St., Los Angeles, CA 90012, Case No. 20STCV30840;

-2-

3. Plaintiff's damages in this lawsuit are limited to and capped at $75,000;

4. All dates and deadlines are **VACATED**; and

5. The Clerk of Court shall close this case.

**IT IS SO ORDERED**.

Dated: February 15, 2022

_____
UNITED STATES DISTRICT JUDGE